IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUNSON ROBERTS** **PLAINTIFF**
**ADC #070864**

**v.** **CASE NO. 4:18-CV-00278 BSM**

**WHITWORTH, et al.** **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 8] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in its entirety. Accordingly, plaintiff Brunson Roberts's motion for preliminary injunction [Doc. No. 6] is denied.

IT IS SO ORDERED this 29th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE