**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRUNSON ROBERTS**                                                        **PLAINTIFF**
**ADC #070864**

**v.**                              **CASE NO: 4:18-CV-00278 BSM**

**WHITWORTH, et al.**                                                        **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 19] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, this case is dismissed without prejudice for failure to comply with the orders of May 30, 2018 [Doc. No. 11] and June 8, 2018 [Doc. No. 15], and for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 29th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE